IN THE DISTRICT COURT,
COUNTY OF COMANCHE, STATE OF OKLAHOMA

Frank W Dill
**Plaintiff**

209 NW Cherry Ave, Cache, OK 73527
**Address**

vs.

Comenity Bank/Sports Authority
**Defendant**

CIV-13-1321-D

Small Claims No. SC-2013-3644

SS #

STATE OF OKLAHOMA } SS
COUNTY OF COMANCHE

I, ROBERT MORALES, District Court Clerk in and for Comanche County, Oklahoma, hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the Court Clerk's office of Comanche County, Oklahoma, this 15 day of _____ 20 13
ROBERT MORALES, District Court Clerk
By _____ Deputy

Frank W Dill, being duly sworn, deposes and says:

That the defendant resides at PO Box 182125, Columbus, OH 43218-2125, in the above-named county, and that the mailing address of the defendant is PO Box 182125, Columbus, OH 43218-2125

That the defendant is indebted to the plaintiff in the sum of $1,500.00 + CC for Violation of FDCPA, sec 809 that plaintiff has demanded payment of said sum, but the defendant refused to pay the same and no part of the amount sued for has been paid.

Subscribed and sworn to before me this 15 day of _____, 20 13

_____ (Notary Public (or Clerk or Judge))

My Commission Expires:

**EXHIBIT 1**

**ORDER**

PLAINTIFF DISCLAIMS RIGHT TO TRIAL BY JURY

The people of the State of Oklahoma to the within-named defendant:

You are hereby directed to appear and answer the foregoing claim and to have with you all books, papers and witnesses needed by you to establish your defense to said claim.

This matter shall be heard at Courthouse, 4th floor, Judge _Harris_, in Lawton, County of Comanche, State of Oklahoma, at the hour of _9:00_ o'clock of the _17_ day of _Dec_, 20_13_, or at the same time and place seven (7) days after service hereof, whichever is the latter. And you are further notified that in case you do not so appear judgment will be given against you as follows:

For the amount of the claim as it is stated in said affidavit, or for possession of the personal property described in said affidavit.

And in addition, for costs of the action, (including attorney fees where provided by law), including costs of service of the order.

Dated this _15_ day of _Nov_, 20_13_.

_Robert A. Morales_
(Clerk of the Court or Judge)

**COMANCHE COUNTY COURTHOUSE**
315 S.W. 5th Street
Lawton, OK 73501

**SHERIFF OR PROCESS SERVER:
PLEASE RETURN TO THIS OFFICE BY**

DATE: _12-13-2013_